# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

_SHELDON OLIVER,_
_#27862·045_ )
_____ )    Case Number: _22-cv-00056-SPM_
_____ )             _(Clerk's Office will provide)_
_____ )
Plaintiff(s)/Petitioner(s) )
v. )    □ CIVIL RIGHTS COMPLAINT
_E. WILLIAMS ASSOC. WARDEN_ )    pursuant to 42 U.S.C. §1983 (State Prisoner)
_ASSOC. WARDEN CHEEKS,_ )    ☒ CIVIL RIGHTS COMPLAINT
_ASSOC. WARDEN SANTIAGO,_ )    pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_CAPT. GORE - LT Phillips AND_ )    ☒ CIVIL COMPLAINT
_FEDERAL CORRECTIONAL_ Defendant(s)/Respondent(s) )    pursuant to the Federal Tort Claims Act, 28 U.S.C.
_INSTITUTE STAFF,_ )    §§1346, 2671-2680, or other law _ATTACHED._
                                                            _$50,000 ☒_

## I.    JURISDICTION

### Plaintiff:

A.    Plaintiff's mailing address, register number, and present place of
confinement. _SHELDON OLIVER #27862·045 L.M.C._
_PO BOX 14500_
_LEXINGTON, KY. 40512_

_FEDERAL MEDICAL CENTER SATELLITE CAMP_

### Defendant #1:

B.    Defendant _E. WILLIAMS ‡ STAFF_ is employed as
            (a)        (Name of First Defendant)

_WARDEN_
            (b)        (Position/Title)

with _FEDERAL CORRECTION INSTITUTE GREENVILLE_
            (c)        (Employer's Name and Address)

_GREENVILLE F.C.I. PO BOX 5600 GREENVILLE, IL. 62246_

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?    ☒ Yes    □ No

If your answer is YES, briefly explain:
_WARDEN OF F.C.I. GREENVILLE_
_IN CHARGE OF COMPOUND_

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _ASSOC. WARDENS CHEEKS & SANTIAGO_ is employed as

(Name of Second Defendant)

_ASSOC. WARDENS – ASSISITANT WARDENS_

(Position/Title)

with _FCI GREENVIL_

(Employer's Name and Address)

_FCI GREENVILLE PO BOX 5000 GREENVILLE, IL 62246_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain:

_ASSISTANT & ASSOC. WARDENS. AND IN CHARGE of opperation of compound._

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

_CAPT. GORE_
_LT. PHILLIPS_
_FEDERAL CORRECTIONAL STAFF_
_C.O. MR Goodfield_
_C.O. MRS ELDERS_
_And medical staff_
_NURSE BROWN NURSE KELLY_
_NURSE MAXEY_
_NURSE WILLIAMS_

Rev. 10/3/19

## II.  PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☒No

B.  If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.  Parties to previous lawsuits:
   Plaintiff(s):   *N/A*   *PHELPS County JAIl*

   Defendant(s):   *N/A*   *NO. Follow up DISMISSED Don't Remember*

2.  Court (if federal court, name of the district; if state court, name of the county):   *N/A*

3.  Docket number:   *N/A*

4.  Name of Judge to whom case was assigned:   *N/A*

5.  Type of case (for example: Was it a habeas corpus or civil rights action?):   *N/A*

6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   *N/A*

7.    Approximate date of filing lawsuit:    *N/A*

8.    Approximate date of disposition:    *N/A*

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"    *N/A*

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.    If your answer is YES,
   1.    What steps did you take?
      *Filed BP8 - BP9 - BP10 - BP11*
      *TORT CLAIM $50,000.°°*

   2.    What was the result?
      *DENISED*

D.    If your answer is NO, explain why not.
      *N/A*

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☒ Yes    ☐ No

F.    If your answer is YES,
   1.    What steps did you take?    *TALKED TO WARDEN WILLIAMS AND OTHER STAFF*

Rev. 10/3/19

2.    What was the result? IGNORED AND WARDEN WILLIAMS STATED THAT "WE WERE TRYING SOMETHING AND IT DID NOT WORK!!"

G.    If your answer is NO, explain why not.

N/A

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

THE COURT HAS COPIES OF All Administrative REMEDIES I FILED AND EXHIBITS of what I stated to F,B,O,P, And TORT CLAIMS AND OTHER Documents FOR THE AFTER EFFECT OF CATCHING COVID And having to lay in Floor (unAble to get into bunk) And being unfed (NO Food, WATER) The only Medication that WAS given to ME WAS TYLENOL (thrown under the door of cell) by medical NURSE. I AM STILL Blowing Bloodclots out of My Nose And Hacking up Bloodclots (BlAckstuff).

I AM Asking for $500,000 in this lawsuit for Health problems And After Math of COVID-19 The staff AT GREENVIlle F.C.I. BRought COVID into My locked cell And Not sAnitizing Anything (showers, phones, computers) And Not giving Anyone ANy type of disenfectant And/or cleaning supplies,

SEE ATTACHED
Exhibits
§
Documentation
§
Medical Records
infections

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

NOT supplying Any cleaning supplies, Not cleaning And/or sanitizing showers, phones, computers. AT F.C.I. GREENVILLE, Ih. IN cell 106 UNIT 4 PO Box 5000 GREENVILLE, Ih, 62246. WARDEN Williams, Assoc. WARDEN Cheeks - Assoc. WARDEN SANTIAGO, CAPTAIN GORE, LT, Phillips, C.O.'s & STAFF Bringing other NEW INMATES from streets SERVING food And staff not sanitizing Anything. WARDEN williams stated that they were trying something And it wasn't working. I caught covid-19 being locked in a cell behind closed door. SEE ATTACHED papers statements & Documentation, also medical record should be called for that all the illnesses And infections that I have up to this day.

SEE ATTACHED RECORDS MEDICAL RECORDS & Documentation of what took place And what said.

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

, MONEY for suffering pain, And After effects of having covid-19 By staff not doing job and not having cleaning supplies to sanitize cell, I am asking for $500,00.00 For Neglect and pain suffering and All the After effects of the COVID.19 virus,

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:    5-26-2023
(date)

Signature of Plaintiff

PO BOX 14500   F.M.C.
Street Address

Sheldon Oliver
Printed Name

Lexington, KY, 40512
City, State, Zip

27862045
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

 

**Report Status: Final**

**OLIVER, SHELDON**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **OLIVER, SHELDON**<br><br>**DOB: 03/01/1956    AGE: 65**<br>Gender:    M<br>Phone:    618.664.6200<br>Patient ID: 27862-045<br>Health ID: 8573023466476027 | Specimen:    KS005091G<br>Requisition: 0002254<br><br>Collected:    07/07/2021<br>Received:    07/08/2021  / 09:04 CDT<br>Reported:    07/08/2021  / 19:55 CDT | Client #: 70408521    MAIL992<br>FCI - GREENVILLE - GRE<br>Attn: HEALTH SERVICES UNIT<br>100 US HWY 40<br>GREENVILLE, IL 62246 |

### SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | KS |
| SARS CoV 2 RNA | NOT DETECTED | NOT DETECTED | |

A Not Detected (negative) test result for this test means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection. A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in consultation with public health authorities. Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions.

This patient specimen was tested using an FDA EUA pooling method.

Patient specimens with low viral loads may not be detected in sample pools due to the decreased sensitivity of pooled testing.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/fact-sheet2

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT) includes RT-PCR or TMA

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**
KS    QUEST DIAGNOSTICS LENEXA, 10101 RENNER BLVD, LENEXA, KS 66219-9752 Laboratory Director: WILLIAM BECKER,DO,MPH, CLIA: 17D0648226

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** OLIVER, SHELDON | **Facility** FCI Greenville |
| **Reg #** 27862-045 | **Order Unit** D05-106LH |
| **DOB** 03/01/1956 | **Provider** Faisal Ahmed, MD/CD |
| **Sex** M | |

**Collected** 08/09/2021 10:25 CDT
**Received** 08/10/2021 10:38 CDT
**Reported** 08/10/2021 13:41 CDT
**LIS ID** 273203550

## CHEMISTRY

| Test | Flag | Result | Reference Range | Units |
|---|---|---|---|---|
| Sodium | | 138 | 136-145 | mmol/L |
| Potassium | | 4.1 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 25 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 10 | 8-23 | mg/dL |
| Creatinine | | 0.78 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference Range | Units |
|---|---|---|---|---|
| Calcium | | 9.5 | 8.8-10.2 | mg/dL |
| Glucose | H | 111 | 74-109 | mg/dL |
| AST | | 23 | 10-40 | U/L |
| ALT | | 25 | 8-41 | U/L |
| Alkaline Phosphatase | | 123 | 49-126 | U/L |
| Bilirubin, Total | | 0.5 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.0 | 6.6-8.7 | g/dL |
| Albumin | | 4.1 | 3.5-5.2 | g/dL |
| Globulin | | 2.9 | 2.0-3.7 | g/dL |
| Alb/Globulin Ratio | | 1.41 | 1.00-2.30 | |
| Anion Gap | L | 8.5 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 12.2 | 5.0-30.0 | |
| Cholesterol, Total | | 147 | <200 | mg/dL |
| Triglycerides | H | 195 | <150 | mg/dL |
| HDL Cholesterol | L | 35 | 40-60 | mg/dL |
| LDL-Cholesterol | | 73 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.2 | 0.0-4.0 | |

## HEMATOLOGY

| Test | Result | Reference Range | Units |
|---|---|---|---|
| White Blood Cell Count | 6.4 | 3.5-10.5 | K/uL |
| NRBC% | 0.0 | | |
| RBC | 4.91 | 4.10-6.00 | M/uL |
| Hemoglobin | 14.9 | 12.0-17.5 | g/dL |
| Hematocrit | 44.1 | 38.8-50.0 | % |
| MCV | 89.8 | 76.0-100.0 | fL |
| MCH | 30.3 | 27.0-33.0 | pg |
| MCHC | 33.8 | 28.0-36.0 | g/dL |
| RDW-CV | 13.5 | 12.0-15.0 | % |

**FLAG LEGEND**   L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** OLIVER, SHELDON | **Facility** FCI Greenville | **Collected** 08/09/2021 10:25 CDT |
| **Reg #** 27862-045 | **Order Unit** D05-106LH | **Received** 08/10/2021 10:38 CDT |
| **DOB** 03/01/1956 | **Provider** Faisal Ahmed, MD/CD | **Reported** 08/10/2021 13:41 CDT |
| **Sex** M | | **LIS ID** 273203550 |

### HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| Platelet Count | | 245 | 150-450 | K/uL |
| MPV | H | 11.1 | 6.9-10.5 | fL |
| Neutrophils % | | 41.2 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | | |
| Lymphocytes % | | 39.3 | | % |
| Monocytes % | | 10.9 | | % |
| Eosinophils % | | 6.5 | | % |
| Basophils % | | 1.6 | | % |
| Immature Granulocytes % | | 0.5 | | % |
| Neutrophils # | | 2.7 | 1.1-7.9 | K/uL |
| Lymphocytes # | | 2.5 | 0.5-4.7 | K/uL |
| Monocytes # | | 0.7 | 0.0-1.3 | K/uL |
| Eosinophils # | | 0.4 | 0.0-0.7 | K/uL |
| Basophils # | | 0.1 | 0.0-0.2 | K/uL |
| Immature Granulocytes # | | 0.03 | | 10^3/uL |

### HEPATITIS

| | | |
|---|---|---|
| Hepatitis B Surface Antigen | Non-Reactive | Non-Reactive |
| Hepatitis B Surface Antibody QL | Negative | Negative |
| Hepatitis B Core Ab Total | Non-Reactive | Non-Reactive |

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical



**HSHS Holy Family Hospital**

### Emergency Department Chart

Circle if findings are present, put a slash through negative findings

Exam Time: 0923   PMD: Ahmad Faysal

Arrival: Ambulance / ALS / BLS / car / Police / Other / Walk-in

HPI Source: Pt / Family / Friend / Interpreter / EDT / EMS / Police

CC: Eye swelling   Limited by: Precondition / Impairment

HPI: [illegible handwritten text] ...eye, redness + swelling. Symptoms started yesterday. No sxx. No trauma. Started on better-seeing RED eyes previous 2 doses. Review of chart shows Pt also prescribed gen-eye drops. [illegible]

PMHx: None / HTN / CAD / MI / PTCA / CHF / AFib / PE / DVT / N/A   MEDS: None / ☑ Medications reviewed per triage note

asthma / COPD / TB / CRF / kidney stone / jaundice / hep B C

cellulitis / DM 1 2 / HIV 1 2 / high chol / hyperlipid / HIV / CA

☑ Last hospital admission with 30 days

Code Status: Full / DNR

FSHx: New / CABG / stents / SPD / enema / TAH / BSO

PSurgHx: None / depression / anxiety / schizophrenia

MP:   Pregnant now: Yes / No / N/A

ALLERGIES: NKDA _____

IMMUNIZ: UTD   TETANUS: UTD / <5yr / >10yr / Never

FAMILY Hx: Stroke / thromboembolic disease / [illegible]

SOC Hx: lives: home / group home / ECF / prison / homeless / TNC

Tobacco / ETOH: Last drink PTA ___ / IVDA / cocaine / amphet / heroin

Travel: ___   Ill contacts: ___

ROS (10):   Complete ROS unobtainable due to: AMS / urgency / condition   ☑ All other systems reviewed & any negative

CONST: [illegible] / diaphoresis / weakness

EYE: [illegible] eye swelling + [illegible]

ENT: [illegible] / sore throat / nasal discharge

RESP: SOB / cough / sputum

CV: chest pain / palpitations / leg swelling

GI: abd pain / nausea / vomiting / diarrhea

GU: flank pain / dysuria / frequency / VB / VD / Pelvic Pain

MUSC: back pain / neck pain / leg pain

INTEG: rash / [illegible] / jaundice

NEURO: N/A / seizure / dizziness / focal weakness / paresthesias

PSYCH: anxiety / depression

ENDO: [illegible] / weight loss

HEM: painful lymph node / bruising / bleeding

ALL: hives / angioedema

EXAM (8):   Limited by: Pt condition / Impairment

CONST: ☐ VS reviewed per triage note   T: 37°C   BP: 105 / 70   HR: 94   RR: ___   O2: ___   WT: ___ kg   HT: ___

No acute distress / mild distress / age appropriate

EYES: Conjunctivae without pallor / sclera anicteric / PERRL / EOMI / [illegible] / tears present   Rt eye w/ upper + lower eyelid swelling, erythema, eccm reports mild pain

NSNT: NCAT / anterior fontanelle normal / TMs normal / nares normal / OP normal / oral mucosa moist

NECK: supple / no JVD / no cervical spine tenderness / FAROM without pain

RESP: No stridor / effort normal / no retractions / no accessory muscle use   BS clear bilaterally / no rales / no rhonchi / no wheeze / no rub / chest wall nontender

CV: RRR / S1 and S2 normal / no murmur / no peripheral edema / No carotid bruits   Pulses: carotid normal / femoral normal / radial normal / DP normal / cap refill < 2 sec

ABDOM: Nondistended / BS normal / soft / nontender / no mass / no hepatosplenomegaly   Rectal: stool brown / no gross blood / good tone / [illegible]

GU: No CVA tenderness   Female: no CMT / no adnexal mass / no adnexal tenderness   Male: ___

MUSC: No extremity deformity / no extremity tenderness / no T-spine tenderness / no L3 spine tenderness

SKIN: Warm / no rash / wound healing well without sign of infection

NEURO: Alert / OX3 / speech normal / CN II - XII intact / motor strength intact / sensation intact to light touch   finger nose/heel shin & symm / gait normal / SLR / last normal [illegible]

LYMPH: No cervical adenopathy / no inguinal adenopathy

PSYCH: Mood normal / no SI / no HI / no AH / no VH

#27862-045
Health Services
FCI/FPC Greenville
100 US Rt 40 & 4th St.
Greenville, IL 62246

1166976   RM~ ER05   184136   F/7-ER
OLIVER SHELDON BPA030-   M   84
FCI 5439C   GREENVILLE   , IL
FOSTER EKI
ADMID PAIS   01/04/21   B/D 03/01/55

SmartChart - Page 1 of 2   HP ED Record 6.1.3.4-23.38

**Diagnostic Studies and Interpretations**

Time: ☐ Rhythm Strip Interpretation: Rate: Rhythm: NSR ST SB AFIB Ectopy: PVC PAC
☐ EKG 1: Rate: Rhythm: NSR ST SB AFIB No ST/T changes Intervals: PR QRS QT
☐ EKG 2: Rate: Rhythm: NSR ST SB AFIB No ST/T changes Intervals: PR QRS QT
Date: Previous EKG:
ABG: pH: $pCO_2$: $pO_2$: $HCO_3$: $O_2$ SAT: % RA $O_2$ L/min

CHEM: ☐WNL ☐Abnormalities AG: 15
137 | 101 | 10
3.7 | 25 | 0.9
< 101
Ca: Mg: P: L:
T.Bili: 0.7 AST: 16 ALT: 39 ALKP: 120 Lipase: Acetone: + / - Lactate:
Trop I: CPK: MB: Index: PT: INR: PTT:
ETOH: ASA: Acet: UA: WBC RBC Urine dip: + / - BNP: OTHER:
Urine HCG: + / - Quant HCG: Type + Rh:
(15) 14.7 / 43.9 \ 590
CBC: ☐WNL ☐Abnormalities

Chest X-ray #____ views
Read by: EP / Radiologist
No infiltrate / no edema / no effusion
no PTX / no cardiomegaly
no wide mediastinum

X-ray #____ views
Type:
Read by: EP / Radiologist
No fracture / no soft tissue swelling
no dislocation / no FB

CT / Ultrasound Type:
Read by: EP / Radiologist

**Differential diagnoses considered, but not limited to:**
1: preseptal cellulitis 3:
2: orbital cellulitis 4:

**MDM: ED COURSE/DISCUSSION: Records, Consultation, Interventions, Procedures**
Pulse ox 2 97 % on RA / O2 L/min = normal / low
64 y/o male p/w R eyelid swelling & redness, allergy & [illegible] visual acuity intact but mild chemosis. No F/C.
Clinically concerning for preseptal vs septal cellulitis.
Will obtain CBC, BMP, CT orbit. Give analgesia Tylenol
CBC shows leukocytosis likely secondary to infection. It does not meet sepsis.
Radiologist called @1050 - preseptal inflammation, no evidence of orbital cellulitis.
Will switch Keflex to bactrim & augmentin.
Recommend recheck in 24-48 hours. Return if worsening pain, fever, redness.

Sepsis diagnosed at: ____
Sepsis reassessment Performed at: ____
Definitive Fx Care in ED ☐
☐ Procedures in ED by Physician (refer to ED Course for documentation)
IV NGT Bladder Cath Blood draw CVP Art Access ETT CPR
Splint(s): Splint / strapping
☐ Personally done ☐ Eval. splint effectiveness and proper application
☐ Distal neurovascular exam normal

Records reviewed: ED / Hospital
Notified: Dr. ____ Time called ____ responded ____

Procedural Sedation
☐ Patient received sedation in ED
☐ Monitored throughout procedure
☐ Refer to sedation nursing sheet

DIAGNOSIS/ 1 preseptal cellulitis 2
Comorbidities 3 4

☐ Critical Care Note - Total time ____ (min) excluding separately reportable procedures
System at risk for life-threatening failure: Airway / respiratory / cardiac circulatory / CNS / renal / hepatic / endocrine / metabolic

DISPOSITION Time: 1110 CONDITION: Improved (Stable) Serious Critical Expired at ____
DISCHARGE (Home) AMA Eloped LWBS TRANSFER to: Accepted by: Dr.
ADMIT: MSU Tele Peds ObGyn L&D ICU OR NNU
Alternate: Skill within AG Meds: ☐ Rx (given)
Referred to: ____ / ☐ Ortho / ☐ PMD in 1 / 2 / 3 / 7 / 10 ____ days
Transfer of Care to: Time:

Dictation: # ____
☑ Chart complete

Physician Sig: [signature] Date: 7/9/21
Print: Eric Foster Time: 11:50
Physician Sig: Date:
Print: Time:

1166974 MR- EM05 184136 P/T-ER
OLIVER SHELDON BPA0101 M 64
FCI J439C GREENVILLE, IL
FOSTER ERI
AHMED FAIS 01/06/21 D/D 03/01/56

 HP ED Record Pg 2 v7.5.10.19

1166974

# Premier Pathology

**Department of Pathology**
3 St. Elizabeth's Blvd.
O'Fallon, IL 62269

Tel: (618)234-2120 x21203          Fax: (618) 222-4630

Dolph D. Haege, M.D., Medical Director
Allison T. Howard, M.D., Steve M. Olson, M.D., Christopher S. Murphy, M.D.
Olivia J. Ludwig, M.D., Ian F. Hughes, M.D.

## Consultation Report

| | | | |
|---|---|---|---|
| Patient Name: | OLIVER, SHELDON | | Accession #:  **DC21-4** |
| Med. Rec. #: | 58823429 | Client:  Holy Family Hospital (SEB) | Taken:  1/4/2021 |
| DOB: | 3/1/1956 (Age: 64) | Location:  HFG (SEB) | Received:  1/4/2021 |
| Gender: | M | Billing #:  143389188\5882 | Reported:  1/5/2021 |
| Physician(s): | ERIC J FOSTER MD | Copy To: | |

## Specimen(s) Received
Slides for review from outside source

## Final Pathologic Diagnosis
PERIPHERAL BLOOD, SMEAR REVIEW:
- ABSOLUTE NEUTROPHILIA AND MONOCYTOSIS
- THROMBOCYTOSIS, MODERATE
- ABSOLUTE MONOCYTE COUNT 1,960 PER MICROLITER

## Comment
The patient has an absolute neutrophilia and monocytosis. Combined, these features are most frequently encountered in acute infectious processes. However, moderate thrombocytosis is also present. Thrombocytosis can be seen in reactive processes, but the unexplained presence of persistent neutrophilia, monocytosis and/or thrombocytosis could indicate a myeloproliferative neoplasm. Correlation with clinical history and follow-up CBCs to assure resolution of the abnormalities is needed.

***Electronically Signed Out By OLIVIA J LUDWIG MD***
OLIVIA J LUDWIG MD

lc/1/5/2021

## Microscopic Description
The patient's CBC shows the following: WBC 15,700 per microliter, hemoglobin 14.7 g/dL, hematocrit 43.4%, MCV 88.8 fL, and a platelet count of 540,000 per mcL. The white cell differential shows 69.1% neutrophils, 16.8% lymphocytes, 4.5% monocytes, 1% eosinophils, and 0.3% basophils and immature granulocytes. The absolute monocyte count is 1,960 per microliter.

Review of the peripheral blood smear confirms the CBC data. The patient's white count is elevated and an absolute neutrophilia and monocytosis are present. A mild left shift in myeloid maturation is noted; circulating blasts are not identified. Scattered atypical lymphocytes are present. The red cells are normocytic and normochromic without significant morphologic abnormalities. A significant number of schistocytes or spherocytes are not seen. Moderate thrombocytosis is present and there is mild platelet anisocytosis.

## Billing Fee Code(s):    85060

Page 1

OLIVER, SHELDON   **DC21-4**

HSHS HOLY FAMILY HOSPITAL
200 Healthcare Drive
Greenville, IL 62246
..........NAME-------- NUMBER  SEX AGE  ADMIT   DISC.  XRAY#  P/C  TYPE
OLIVER SHELDON BPA030+ 1166974  M  64  1/04/21        CBX  ER
DATE OF BIRTH: 03/01/1956  M/R# 184136     PH#: 618-664-6200  RM ER05

LOCATION:                TRANSCRIBED: 01/04/21 10:54
CT IAC/ORBITS WITH CONTRASTNTR70481     COMPLETED:01/04/21 10:45 JDR 46619
REASON: assess for orbital cellulitis

PHYSICIAN: FOSTER ERI
　　　　　　　　　　,

RADIOLOGY   REPORT

IMAGING STUDIES: CT IAC/ORBITS WITH CONTRASTNTRAST      DATE: 1/4/2021 9:30
AM

CLINICAL HISTORY: REASON: assess for orbital cellulitis.  Right periorbital
swelling.

COMPARISON· No Comparisons. Radiation dose reduction technique utilized. IV
administration of 95 mL of Isovue-370. Mild motion does limit exam.

CONCLUSION:

1. Exam is positive for moderate right periorbital soft tissue swelling without
distinct abscess formation  Most likely due to advanced cellulitis  Both globes
are intact. No retrobulbar are lesions  No intraconal or extraconal abnormality
noted.

2. Mild preseptal soft tissue swelling with 2 air bubbles just anterior to the
globe  These may be air bubbles trapped undemeath the eyelid  Again no
distinct abscess formation.

3  Optic nerves bilaterally and bilateral extraocular muscles are within normal
limits.

4. No fracture or dislocation. Paranasal sinuses and mastoid air cells are well
aerated  No radiopaque foreign bodies

5. Findings discussed with Dr. Foster in the emergency room following
completion of exam.

Electronically Signed By: P. C  Shekar on 1/4/2021 10:54 AM
Interpreted By: P. C  Shekar, 1/4/2021 10:47 AM

Electronically Signed By:

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: OLIVER, SHELDON JOHN | | | Reg #: 27862-045 |
| Date of Birth: 03/01/1956 | Sex: M Race: WHITE | | Facility: GRE |
| Encounter Date: 04/11/2022 12:58 | Provider: Brown, N. RN | | Unit: A05 |

Nursing - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1          Provider:  Brown, N. RN

Chief Complaint:   Skin Problem

Subjective:        inmate states he thinks he has an infection to his left arm.

**Pain:**          Yes

**Pain Assessment**

Date:                    2022 12:58

Location:              ...arm Left

Quality of Pain:      Tend...

Pain Scale:           4

Intervention:         see note

Trauma Date/Year:

Injury:

Mechanism:

Onset:                 3-5 Days

Duration:              3-5 Days

Exacerbating Factors:  touching the area

Relieving Factors:     none.

Reason Not Done:

Comments:

## OBJECTIVE:
## Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/11/2022 | 12:59 GRE | 97.8 | 36.6 | | Brown, N. RN |

## Exam Comments

inmate states he had a bump on his left are for a few days that is now getting worse and he believes he has an infection. on assessment inmate has an approximately 7 cm area of induration just below the left elbow. no opening or drainage noted. inmate also has some fluid retention around the left elbow and redness and slight warmth to a large portion of the left forearm. redness extends from just above the elbow to the wrist on the under side of the forearm. area assessed by MLP Schneider at this time. order received to begin doxycycline 100 mg bid x 10 days pill line only as well as clindamycin 300 mg BID x 10 days pill line only. area is beginning to have a cellulitis like appearance. inmate will be scheduled for daily evaluations of the site. inmate instructed on plan of care. inmate stated understanding and denied further questions.

## ASSESSMENT:

Infection - Skin, Signs of

| Inmate Name: | OLIVER, SHELDON JOHN | | | Reg #: | 27862-045 |
|---|---|---|---|---|---|

Inmate Name:   OLIVER, SHELDON JOHN
Date of Birth:   03/01/1956
Encounter Date:  04/11/2022 12:58

Sex:        M    Race:  WHITE
Provider:  Brown, N. RN

Reg #:    27862-045
Facility:  GRE
Unit:      A05

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Doxycycline Hyclate Capsule/Tablet | 04/11/2022 12:58 |
| | **Prescriber Order:** 100 mg Orally - Two Times a Day x 10 day(s) Pill Line Only | |
| | Clindamycin HCl Capsule | 04/11/2022 12:58 |
| | **Prescriber Order:** 300 mg Orally - Two Times a Day x 10 day(s) Pill Line Only | |

### New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Day | 14 days | left arm | Ahmed, F. (MAT) MD/CD |

Order Date:    04/11/2022

**Disposition:**

To be Evaluated by Provider
Will Be Placed on Callout
Return Immediately if Condition Worsens

**Other:**

Patient allergies reviewed and needed updates applied during this visit.  See Chart: Allergies for most recent patient allergy list.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/11/2022 | Counseling | Plan of Care | Brown, N. | Verbalizes Understanding |
| 04/11/2022 | Counseling | Access to Care | Brown, N. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes      **By:**  Ahmed, F. (MAT) MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Brown, N. RN on 04/11/2022 13:17
Requested to be cosigned by  Ahmed, F. (MAT) MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Schneider, K. PA-C.
Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: OLIVER, SHELDON JOHN | | | Reg #: 27862-045 |
| Date of Birth: 03/01/1956 | Sex: M Race: WHITE | | Facility: GRE |
| Encounter Date: 04/11/2022 14:32 | Provider: Brown, N. RN | | Unit: A05 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Brown, N. RN

Chief Complaint:   Skin Problem
Subjective:     inmate states he thinks he has an infection to his left arm.

**Pain:**          Yes

**Pain Assessment**

Date:                         04/11/2022 12:58

Location:                     Forearm-Left

Quality of Pain:              Tender

Pain Scale:                   4

Intervention:                 see note

Trauma Date/Year:

Injury:

Mechanism:

Onset:                        3-5 Days

Duration:                     3-5 Days

Exacerbating Factors:         touching the area

Relieving Factors:            none.

Reason Not Done:

Comments:

**OBJECTIVE:**

**Exam Comments**

inmate states he had a bump on his left are for a few days that is now getting worse and he believes he has an infection. on assessment inmate has an approximately 7 cm area of induration just below the left elbow. no opening or drainage noted. inmate also has some fluid retention around the left elbow and redness and slight warmth to a large portion of the left forearm. redness extends from just above the elbow to the wrist on the under side of the forearm. area assessed by MLP Schneider at this time. order received to begin doxycycline 100 mg bid x 10 days pill line only as well as clindamycin 300 mg BID x 10 days pill line only. area is beginning to have a cellulitis like appearance. inmate will be scheduled for daily evaluations of the site. inmate instructed on plan of care. inmate stated understanding and denied further questions.

** amended to change cosigner due to Dr. Ahmed not being available at this time.

**ASSESSMENT:**

Infection - Skin, Signs of

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

| Inmate Name: | OLIVER, SHELDON JOHN | | | Reg #: | 27862-045 |
| Date of Birth: | 03/01/1956 | Sex: M  Race: WHITE | | Facility: | GRE |
| Encounter Date: | 04/11/2022 14:32 | Provider: Brown, N. RN | | Unit: | A05 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Clindamycin HCl Capsule | 04/11/2022 14:32 |
| | **Prescriber Order:** 300 mg Orally - Two Times a Day x 10 day(s) Pill Line Only | |
| | Doxycycline Hyclate Capsule/Tablet | 04/11/2022 14:32 |
| | **Prescriber Order:** 100 mg Orally - Two Times a Day x 10 day(s) Pill Line Only | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 184744-GRE | *Clindamycin HCl 300 MG Cap* | *04/11/2022 14:32* |
| | **Prescriber Order:** *Take one capsule (300 MG) by mouth twice daily for 10 days* | |
| | Discontinue Type: *Immediate* | |
| | Discontinue Reason: *status change* | |
| | Indication: | |
| 184745-GRE | *Doxycycline Hyclate 100 MG Cap* | *04/11/2022 14:32* |
| | **Prescriber Order:** *Take one capsule (100 MG) by mouth twice daily for 10 days* | |
| | Discontinue Type: *When Pharmacy Processes* | |
| | Discontinue Reason: *status change* | |
| | Indication: | |

**Other:**

Patient allergies reviewed and needed updates applied during this visit.  See Chart: Allergies for most recent patient allergy list.

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Schneider, K. PA-C
**Telephone or Verbal order read back and verified.**

Completed by Brown, N. RN on 04/11/2022 14:34
Requested to be cosigned by Schneider, K. PA-C.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Ahmed, F. (MAT) MD/CD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  OLIVER, SHELDON JOHN | | Reg #:  27862-045 |
| Date of Birth:  03/01/1956 | Sex:  M   Race:  WHITE | Facility:  GRE |
| Encounter Date: 04/18/2022 14:01 | Provider:  Kelley, Paul RN | Unit:  A05 |

Nursing - Wound Care encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**          Provider:  Kelley, Paul RN

Chief Complaint:   Dressing Changes

Subjective:   Inmate arrived at the HSU for daily evaluation and dressing change to the left elbow/forearm.
No pain reported at this time.

**Pain:**      No

**OBJECTIVE:**

**Exam Comments**

Inmate arrived at the HSU for daily evaluation and dressing change to the left elbow/forearm.  No dressing present upon arrival.  No open areas or signs of drainage at this time.  Daily wound care is no longer indicated and may be left open to air.  Inmate was instructed to continue taking antibiotics as ordered until complete and to return to the HSU if any drainage occurs.  Understanding was verbalized.

**Comments**

Patient allergies reviewed and needed updates applied during this visit.   See Chart:  Allergies for most recent patient allergy list.

**ASSESSMENT:**

Wound Care

**PLAN:**

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Wound Care | Daily | 14 days | left arm | Ahmed, F. (MAT) MD/CD |
| | Discontinue Reason: | No longer indicated | | |
| | Order Date: | 04/11/2022 | | |
| | End Date: | 04/24/2022 | | |

**Disposition:**

Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/18/2022 | Counseling | Plan of Care | Kelley, Paul | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Kelley, Paul RN on 04/18/2022 14:06

Requested to be cosigned by  Ahmed, F. (MAT) MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Consultation Request

| | |
|---|---|
| **Inmate Name:** OLIVER, SHELDON JOHN | **Reg #:** 27862-045   **Complex:** GRE |
| **Date of Birth:** 03/01/1956 | **Sex:** M |

**Report of Consultation:** Orthopedist       **Subtype:** Onsite, NOS

**Inmate Name:** OLIVER, SHELDON JOHN
**Date of Birth:** 03/01/1956
**Institution:** GREENVILLE FCI
100 U.S. HWY 40
GREENVILLE, Illinois 62246
6186646200

**Reg #:** 27862-045
**Sex:** M

*[handwritten] PT here for (B) Knee pain (L) > (R)*
*reports (C) Knee shifts & locks up*

**Assessment:**

*[handwritten notes throughout]*

XR (B) Knee 3 views
(L) Knee - Severe (L) OA complete medial space loss
& PF OA
(R) Knee - mod-severe near complete MJS loss
PF OA

USS
PE (B) Knee Ø effusion
ROM 0-120 (B)
Stab 0/30/90 (B)
neg ant/post drawer (B)
I/p (B) Knee OA L > R

Rec (L) TKA
② Transfer to medical
facility where
PT is available ③ Flut me
pen

**Plan:**

**Signature**
**Date**

Completed By: *[signature]* 5/20/22

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

*[handwritten] Noted Email PAC 5/21/22*



SCANNED

Generated 05/20/2022 08:31 by Ratermann, Sarah Health       Bureau of Prisons - GRE       Page 2 of 3

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: OLIVER, SHELDON JOHN | | | Reg #: 27862-045 |
| Date of Birth: 03/01/1956 | Sex: M | Race: WHITE | Facility: GRE |
| Encounter Date: 04/25/2022 14:09 | Provider: Schneider, K. PA-C | | Unit: A05 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:   Schneider, K. PA-C

Chief Complaint:   ENDO/LIPID
Subjective:   States compliance with statin. LDL of 73 in 8/2021.
**Pain:**   Not Applicable

COMPLAINT 2          Provider:   Schneider, K. PA-C

Chief Complaint:   PULMONARY/RESPIRATORY
Subjective:   States compliance with inhalers, but continues to use albuterol BID. Admits that he likely doesn't need it that often, just a "habit". Denies waking through the night to use inhaler.
**Pain:**   Not Applicable

COMPLAINT 3          Provider:   Schneider, K. PA-C

Chief Complaint:   INFECTIOUS DISEASE
Subjective:   HCV VL negative 4/2022.
**Pain:**   No

COMPLAINT 4          Provider:   Schneider, K. PA-C

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY
Subjective:   Continues to c/o left knee pain and swelling. States no improvement with intraarticular steroids in the past. Has pending ortho consult.
**Pain:**   Not Applicable

**Seen for clinic(s):** Endocrine/Lipid, Infectious Disease, Orthopedic/Rheumatology, Pulmonary/Respiratory

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/25/2022 | 14:19 GRE | 60 | | | Schneider, K. PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/25/2022 | 14:19 GRE | 16 | Schneider, K. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/25/2022 | 14:19 GRE | 121/75 | | | | Schneider, K. PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/25/2022 | 14:19 GRE | 251.4 | 114.0 | | Schneider, K. PA-C |

**Exam:**

**General**

**Affect**

| | | | |
|---|---|---|---|
| Inmate Name: OLIVER, SHELDON JOHN | | Reg #: | 27862-045 |
| Date of Birth: 03/01/1956 | Sex: M  Race: WHITE | Facility: | GRE |
| Encounter Date: 04/25/2022 14:09 | Provider: Schneider, K. PA-C | Unit: | A05 |

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well

No: Appears Distressed

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Arterial Pulse**

Yes: Within Normal Limits

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

## ASSESSMENT:

Chronic obstructive pulmonary disease [COPD], J449 - Current

Chronic viral hepatitis C, B182 - Resolved - *VL undetected 4/2022*

Hyperlipidemia, unspecified, E785 - Current

Open wound of thumb without damage to nail, S61009S - Resolved

Osteoarthritis of knee, unspecified, M179 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | predniSONE Tablet | 04/25/2022 14:09 |

**Prescriber Order:** Orally(1) 60mg - daily x 3 day(s) -- *** (2) 50mg - daily x 3 day(s) -- *** (3) 40mg - daily x 3 day(s) -- *** (4) 30mg - daily x 3 day(s) -- *** (5) 20mg - daily x 3 day(s) -- *** (6) 10mg - daily x 3 day(s) -- *** (7) 5mg - daily x 2 day(s) --

Indication: Osteoarthritis of knee, unspecified

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Ultrasound-Aorta-General | One Time | | 04/27/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

66YO with smoking hx. Screening for AAA

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

HCV: resolved.

Pulm: advised to use albuterol inhaler only as needed. Will monitor for appropriate use through CCC.

Lipids: doing well. Will monitor.

Ortho: will attempt steroid taper and review ortho recommendations when available. Stressed the importance of PT exercises.

Inmate Name:  OLIVER, SHELDON JOHN                                            Reg #:  27862-045
Date of Birth:  03/01/1956                    Sex:  M    Race:  WHITE         Facility:  GRE
Encounter Date:  04/25/2022 14:09             Provider:  Schneider, K. PA-C   Unit:  A05

Preventative health assessment tool completed and orders placed as indicated. Allergies reviewed. No changes indicated at this time. Inmate expresses understanding of all of the above. No further questions or concerns voiced at this time.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/25/2022 | Counseling | Plan of Care | Schneider, K. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Schneider, K. PA-C on 04/26/2022 14:27

Requested to be cosigned by  Fateh Hyder, Syed (MAT) Regional Medical Director/NCRO.

Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** OLIVER, SHELDON JOHN | Reg #: 27862-045 | Complex: GRE |
| **Date of Birth:** 03/01/1956 | Sex:  M | |

**Report of Consultation:** Pain Management

**Inmate Name:** OLIVER, SHELDON JOHN
Date of Birth: 03/01/1956
**Institution:**  GREENVILLE FCI
100 U.S. HWY 40
GREENVILLE,Illinois 62246
6186646200

**Subtype:** Pain Management - Offsite

Reg #:    27862-045
Sex:    M

**Assessment:** *(handwritten)* ⓑ knee pain
Tenderness with palpation to medial/lateral
joint line
⊕ crepitus ⓛ
Decrease ROM
4/5 muscle strength
⊝ ...

**Plan:** *(handwritten)* pt wishes to not proceed c̄ steroid joint injection d/t failed response from previous one. He was told he needed a ⓑ knee MRI - was ordered - denied - would need ortho consult c̄ ortho md. 10/21/2021 - 1900

**Signature**
**Date**

**Completed By:** *(handwritten signature)* John ... APRN

Report may be hand-written or (preferably) typed on this form.  If dictated on office or hospital letterhead to follow, please
indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff.  While
discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's
primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

**Inmate not to be informed of appointment dates.**

*(handwritten signature)* Maxey 10/26/21

OLIVER, Sheldon J **DOB:** 03/01/1956 (65 yo M) **Acc No.** 435890 **DOS:** 10/26/2021



**Health Services**
**FCI/ FPC Greenville**
**100 US Rt 40**
**Greenville, IL 62246**

**INTERVENTIONAL PAIN**
C O N S U L T A N T S

Reg. # 278162-045

**Oliver, Sheldon J**
65 Y old Male, DOB: 03/01/1956
Account Number: 435890
2090 COLUMBIANA RD, BIRMINGHAM, AL-35216-2153
Home: 205-536-8447
Guarantor: Naphcare, Stephanie   Insurance: NaphCare,INC
Appointment Facility: IPC Maryville Clinic
Structured Data: Patient Communication Consent : Opt In

10/26/2021                                                        JoAnn Wilson, NP



### Reason for Appointment/Chief Complaint
1. Knee pain

### Assessments
1. Osteoarthritis of both knees - M17.0 (Primary)
2. Pain, joint, knee, left - M25.562
3. Right knee pain - M25.561
4. Pain in right knee - M25.561
5. Left knee pain - M25.562
6. Chronic pain - G89.29

The Illinois and Missouri prescription monitoring program has been reviewed and found acceptable.

### Treatment
#### 1. Osteoarthritis of both knees
Notes: *Pt refuses steroid injections at today's visit as he has not recevvied benefit from them before. He reported that he was told he needed an MRI of the knee's however imaging was denied. Would recommend referral to Ortho MD for treatment options as he has refused/failed intra-articular joint injections and the visco program is non-obtainable.

#### 2. Others
Notes: TREATMENT OBJECTIVE: Treat underlying pathology, enhance ability to manage pain independently, improve function and sustain quality of life, limit use of pain medication and improve psychological function. Recommendations for alternative therapies and life style changes discussed.

**The Risks and Benefits of treatment provided. Goal of treatment is to reduce pain by 20-40% and increase activity level. The patient was instructed to call with questions or concerns.

### Follow Up
per guidelines of correctional facility.

### History of Present Illness
Todays Pain Evaluation:
Patient screened for COVID-19 prior to being taken back to exam

Progress Note: JoAnn Wilson, NP   10/26/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

OLIVER, Sheldon J **DOB:** 03/01/1956 (65 yo M) **Acc No.** 435890 **DOS:** 10/26/2021

room. At this time the patient is not suspected of having COVID-19.

PATIENT REPORTS:

Pt presents for return visit and remains with bilateral knee pain. He reports exacerbated pain with walking, changing from sitting to standing positions and stairs, no significant alleviating factors noted. He reports having had steroid injections to bilateral knee's in MO, "years ago" without any relief obtained as well as with previous visit at this facility, again, no relief obtained. Currently takes Mobic and Tylenol with minimal relief. Xrays completed, pt sent here for bilateral knee steroid injections of which he refuses as he has not received relief from them in the past. Discussed Visco series, however non-obtainable due to the correction facility.

PILL COUNT: Patient not currently being prescribed narcotics

verified with pt by TP.

PREGNANCY STATUS: N/A male patient.

CURRENT PAIN SYMPTOMS

Pain Frequency: *Fluctuating but always present*
Pain Description: *Aching, Sharp, Throbbing*
Average Pain Score VAS: *10-Unbearable Pain*
Pain Exacerbation: *Walking worse in the mornings*
Pain Alleviation: *Sitting*
ADL/QOL Interference: *Employment, Sleep*
Pain radiates: *does not radiate*

MEDICATION FOLLOW UP

Analgesia received from current treatment regimen: *N/A- Pt not on narcotics at this time*

Pain Management History and Evaluation:

INITIAL EVALUATION OF PAIN

Date of initial visit with IPC *10/26/2021*

Patient Reports: *Presenting today as a new patient for Consultation, evaluation and treatment of bilateral knee pain worsening since 2013, no injury. He reports exacerbated pain with walking, changing from sitting to standing positions and stairs, no significant alleviating factors noted. He reports having had steroid injections to bilateral knee's in MO, "years ago" without any relief obtained. Currently takes Mobic 7.5 daily and Cymbalta 30mg daily with minimal relief. Xrays completed, pt sent here for bilateral knee steroid injections.*

Pain Location: *Knee pain*
Pain Onset: *2013*
Pain Etiology: *Unknown,Normal aging*
Pain Frequency: *Constant*
Pain Description: *Sharp,Stabbing*
Average Pain Score VAS: *10-Unbearable Pain*
Pain Exacerbation: *Changing from sitting to standing*
Pain Alleviation: *Nothing*
ADL/QOL Interference: *Daily chores,Exercise,Sleep*

IMAGING/EVALUATIONS/TESTS

NOTES: *10/26/2021*
MRI: *No*
Xray: *Yes*

TREATMENTS

NOTES: *10/26/2021*
Injections prior to IPC: *Joint*

---

OLIVER, Sheldon J **DOB:** 03/01/1956 (65 yo M) **Acc No.** 435890 **DOS:** 10/26/2021



DME: *Knee Brace*
Surgery: *None*
Therapy: *Physical Therapy,Chiropractic Therapy*
Other: *Cane,Walker,Exercise Program*
MEDICATION TRIALS: Anti-Inflammatory Meds
Aspirin: *Not Helpful*
Mobic (Meloxicam): *Helpful*
Naproxen(Naprosyn,Aleve,Anaprox) *Not Helpful*
MEDICATION TRIALS: Muscle Relaxers
: *NONE*
MEDICATION TRIALS: Narcotics
: *NONE*
MEDICATION TRIALS: Others
Cymbalta: *Not Helpful*
MEDICATION TRIALS: Pain Creams
Over the counter (BioFreeze,IcyHot,Bengay,Aspercreme): *Yes*
Prescription Creams (EMLA Cream, Voltaren Gel): *Yes*
Compound Creams from specialty pharmacy: *No*
COMPLIANCE - Urine Drug Screen/Prescriptions
Date of Last Confirmed Drug Screen:  *Return Patient to Pain Management there is no UDS to review*
Date Reviewed: *10/26/2021*
State Board of Pharmacy Database Reviewed: *10/26/2021*
MINDFUL OPIOID POLICY STATUS
Date: *10/26/2021*
Current Medications Reviewed: *Not prescribed Opioids, will continue to monitor*
PROVIDER ENCOUNTER AND OVERSIGHT
Today's date of service *10/26/2021*
Patient was seen today by: *NP/PA, for Full Visit with JoAnn Wilson, ANP*
--Consultation: *MD/DO not in office suite MD available for consultation via phone*
Assessment and Follow-up:
Follow-up Plan documented: *Yes*
Questionnaires/Assessments/Screenings:
PEG: 8.
PSYCH/PAIN MANAGEMENT RISK
ORT Test Completed Today:  *Completed:10/26/2021 Score: , Low risk*

**Vital Signs**
Pain Scale 10, Ht 77 in, Wt 260 lbs, BMI 30.83 Index, BP 124/70 mm Hg, HR 79 /min, Temp 96.5 F.

**Examination**
General examination:
General appearance: pleasant , well groomed , well nourished , well developed , in no acute distress.
Mood/Affect: alert and oriented x 3, mood is appropriate for the office visit today.
Skin: No skin rashes, subcutaneous nodules, lesions, or ulcers observed.
HEENT: normocephalic and atraumatic, conjunctiva and lids without erythema, discharge, lesions or masses.

Progress Note: JoAnn Wilson, NP    10/26/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

3/4

OLIVER, Sheldon J **DOB:** 03/01/1956 (65 yo M) **Acc No.** 435890 **DOS:** 10/26/2021



Lungs: No intercostal retractions; no use of accessory muscles; no abnormal diaphragmatic movement; no paradoxical breathing; no apparent shortness of breath or evidence of respiratory distress; no audible wheezing.

Gait and Station: Patient ambulates with an antalgic gait.

Psychiatric: pleasant, cooperative, rational, intact judgment and insight.

Knee / Shin:

Knee: Bilateral.

Inspection: No ecchymosis, erythema, swelling, or signs of external injury or trauma..

Palpation: tenderness on medial and lateral jointline , tenderness on anserine bursa , crepitus with flexion/extension.

Range of motion: patient has a painful limited ROM, restricted flexion beyond 90 degrees.

Drawer tests: anterior and posterior drawer sign - negative.

Patellofemoral joint: crepitations with movement.

Quad strength: 4/5.



Electronically signed by JoAnn Wilson Np-C, NP on 10/26/2021 at 03:13 PM CDT

Electronically co-signed by Wynndel Buenger MD, MD on 10/26/2021 at 05:49 PM CDT

Sign off status: Completed

IPC Maryville Clinic
2023 VADALABENE DR
STE 300
MARYVILLE, IL 62062-5846
Tel: 618-288-6722
Fax: 618-288-2077

Progress Note: JoAnn Wilson, NP    10/26/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

4/4

OLIVER, Sheldon J **DOB:** 03/01/1956 (65 yo M) **Acc No.** 435890 **DOS:** 10/26/2021



**INTERVENTIONAL PAIN**
C O N S U L T A N T S

## Oliver, Sheldon J
65 Y old Male, DOB: 03/01/1956
Account Number: 435890
2090 COLUMBIANA RD, BIRMINGHAM, AL-35216-2153
Home: 205-536-8447
Guarantor: Naphcare, Stephanie    Insurance: NaphCare,INC
Appointment Facility: IPC Maryville Clinic
Structured Data: Patient Communication Consent : Opt In

10/26/2021                                  Procedure Note:  JoAnn Wilson, NP



### Reason for Appointment/Chief Complaint
1. NAPHCARE----PT REFUSED Knee INJ

### Vital Signs
Pain Scale **10**, Ht 77 in, Wt 260 lbs, BMI 30.83 Index, BP 124/70 mm Hg, HR 79 /min, Temp 96.5 F.



Electronically signed by JoAnn Wilson Np-C, NP on 10/26/2021 at 03:12 PM CDT

Sign off status: Completed

IPC Maryville Clinic
2023 VADALABENE DR
STE 300
MARYVILLE, IL 62062-5846
Tel: 618-288-6722
Fax: 618-288-2077

Progress Note: JoAnn Wilson, NP   10/26/2021

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

1/1

*Rm 706*
*RECEIVED
BACK
3-31-2021*

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.18, Administrative Remedy Program, (January 6, 2014), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name _Oliver, Sheldon_       Reg No _27862-045_

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred. (If related to UDC appeal, specify relevant section of Inmate Discipline Policy.)

   SEE ATTACHED: Exhibit 1

2. Briefly state the action you request to resolve your complaint.

   SEE ATTACHED

3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.

   SAME AS ABOVE

4. *GIVE THIS COMPLETED FORM TO YOUR COUNSELOR FOR RESPONSE*

5. Summary of investigation:

According to the COVID-19 Pandemic Response Plan, Module 4, Medical Isolation and Quarantine, the Bureau of Prisons utilizes a test-in/test-out strategy, with a quarantine duration of at least 14 days. The COVID-19 Pandemic Response is in alignment with the CDC recommendations for quarantine and testing and according to your electronic medical record, is being followed.

6. What actions were taken to resolves this matter informally:

   Contacted Medical. HSA Brazzle

7. Explain reasons for no resolution

   Cannot Resolve at this level

Date & Time Issued: _1-21-21 / 12:0 pm_   Unit Team Member: _____ *CASE WRK*
Date & Time Returned: _2-5-21   3:00pm_   Unit Team Member: _Barth_  *WROTE 1 X  3-31-202*
Date & Time Investigation Completed and BP-9 Issued: _3/31/21   3:00pm_   *OK  4-1-20*
Unit Manager Signature: _____   *M.L. Barth*
On _____, this issue was informally resolved.   *WROTE THIS 1 X*

_____              _____
Inmate Signature                        Date

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing.
     (2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

And have lot of witnesses for all these complaints and actions that staff processed with.

GRE-1330.18B                                        5-26-16

**FEDERAL CORRECTIONAL INSTITUTION**
**GREENVILLE, ILLINOIS**

**PART B - RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #1077194-F1**

This is in response to your Request for Administrative Remedy #1077194-F1, received in the Warden's Office on April 22, 2021, wherein you claim you were placed in contact with COVID-19 positive inmates.

A review of your electronic health records shows that you were tested on December 17, 2020 for COVID-19. As a result of that test, you were placed into isolation.

While we cannot divulge treatment information of other inmates, we can verify that the appropriate quarantine procedures, along with testing guidelines, recommended by the CDC and Health Services Division are being followed. Inmates are quarantined for 14 days and tested on day one and day fourteen and remain in quarantine until the final results are received and are negative.

Based on this information, your request for administrative remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at: Bureau of Prisons, North Central Regional Office, 400 State Avenue, Tower II, 8th Floor, Kansas City, Kansas 66101. Your appeal must be received in the North Central Regional Office within 20 days of the date of this response.

_____
E. Williams, Warden

_____
5/17/2021
Date

exhibit 1

Prog Sheldon Oliver 2586845

# COVID-19

Policy, & Procedure COVID-19. I AM filing my Administrate REMEDIES FOR PURPOSE of exhausting them in ORDER to PROCEED with my BIVENS and civil actions based on the FCI Greenville staffs negligence and diliberate indifference that placed me in contact with several inmates that has/had and/or ARE CARRIERS OF COVID-19 AND/OR tested positive to COVID-19 By (1) BRINGING infected inmates to 4-B Housing Unit. (2) By making us go to work at UNICOR or loss our jobs and bringing infected unit 4-A ~~inmates in contact with Unit 4-B inmates that had~~ COVID-19 AND/OR tested positive. Giving them clearence to work at UNICOR, And their tests not back. (3) Inmates sent to work whether it was intentional or deliberate; Willingly and/or Knowingly: due to the staff. negligence, diliberate indifference, In which staff failed to follow Protocol in their specific Rules and their obligation with the Bureau of Prisons Employment guidelines as to my safety, security, and health. This is considered CRUEL & Unusual punishment in violation of my constitutional rights by placing me in harms way and in contact with inmates that had COVID-19: Causing myself to get COVID-19 and not knowing the after effects or long term damage I want sanctions brought on Greenville staff FCI and a quick Reply to expedite, exhausting my Remedies Administrative

As soon as the facility of FCI-Greenville implemented its COVID-19 lockdown on April 1, 2020, I was subject to cruel and unjust treatment. The staff used incentives and coercion to try to get us to contract COVID "faster" due to their frustrations with the new responsibilities that came with the pandemic. We were told things such as, "the faster you guys all catch it, the faster you'll be out of your cells". Even after quarantine and multiple negative COVID tests we were told we would be restricted to our cells, but the COVID-recovered inmates would be allowed to go back to work at UNICOR, shower daily, and have evening dayroom, phone, and computer access daily as well as go to commissary. We were told by UNICOR staff (Elders) that if we wanted to get out and go to work, we'd figure out a way to become "COVID-recovered."

This created a huge amount of problems and no small amount of new positive COVID tests. When this tactic was not effective enough, the staff turned to force. Staff directed infected orderlies to pass out my food, laundry, and issue toilet paper. There is no option but to accept it. We have to eat, have clothes, use the restroom. Staff neglected to clean the showers, phones computers between groups. While also failing to give any cleaning supplies or adequate time to clean before or after my own use to protect myself or other inmates. They would let out 20 inmates at a time to shower and contact our families. There are only 12 showers, and we would be given 15 minutes to complete all of our necessities and be back in our cells with threat of disciplinary action, loss of phone, computer, and commissary.

This is not an adequate amount of time to disinfect for everyone, and they would run these groups back to back with no time in between to clean. Staff was not being tested properly coming into the facility and this led to us being exposed to at least 1 sick C.O. (Goodfield), for several days. The facility disregarded their own policy and brought inmates from other housing units to ours (4B) to quarantine while there was designated housing units and bed space for this very purpose. Then, as more inmates were infected, they stopped moving anyone. Inmates who tested positive were left in cells with nothing more than a sign on the door and were basically forgotten for 10 days. No one from Medical would check on your condition

1 of 2

or symptoms. When asked why we were stuck to our cells rather than the quarantine unit, the Warden said they were "trying something new". As soon as the lockdown began, Medical became virtually non-existent. I put in sick calls for 6 months without being seen by a Health Care Provider. I complained of breathing and coughing problems before, during, and after contracting COVID-19. I made the nurses aware I was sick and have a long history of severe allergies and needed antibiotics. I was completely ignored. Never so much as a temperature check, blood pressure, or any basic procedures. During this time the facility also reduced the commissary spending limit to $25 (medication included) while also reducing the amount of medicines we were allowed to purchase. So I was receiving no medical treatment and little to ease my own pain and suffering. I was left sick for so long without treatment, that even now after having taken antibiotics, I still have breathing problems and have been coughing up blood. And still I have problems seeing Medical. This issue is ongoing.

I did not get COVID-19 until DEC. 27, 2020 {while I was locked down in my cell}

Thank you,

Sheldon Oliver 23862-045
FCI-Greenville
PO BOX 5000
Greenville, IL 62246

✱ "Staff" refers to unit officers (Kocevar, James, Weschle). And the Recreation staff (Goodfeld, Brown, Hampton) that were present every shower day, but failed to complete their job responsibilities

2 of 2



TO Whom IS may ConCERN                    12-13-20

I am writing Another sensitive 10
to Point out more miss Handling of the covid19
out bReAK by this Administration.

On 12-2-20 the WAeden, CAptAin, Both AW, and
medical made a WAlk theough on Housing
Unit 4A (which is deem a QUARANtine Unit
For Now) I have not seen ANY of them in
43 days to talk about any of my symptom that
I have been stuffing Feom Covid-19 alonce
with my underlying condiction As well.

The first person that I spoke with
was mes, Day the Health service AssistAnce
I Ask her why I have not been seen
For my sick call that I sign up For on 11-8-20
her Response was that medical look At the
more serious issue First. I told her thAt
I have been lockup in this cell For 43 days
stuffing through the Pain Feom my underlying
condiction And Covid-19, How could You determine
Just by looking At my sick call sheet without
Examine me AN say that my medical issue
is not serious enough to be seen in a
timely mAtter, when I am the one who is
stuffing every Day Feom this Her lAst words was
(It is what it is) AN WAlk AwAy

AW mrs santiago walk up An I tried to Address my health issue with her which she already Know about my health issue, she states that she have to go An stand at mainline to address other Inmate concern An walk Away as well. An mr cheeks walk up an I had a chance to tell him About the Pain I am having and that I never gotten seen for sick call. I even wrote my PA mrs shrider And mrs Berwell the Health service Administrator about my Issue and still have not gotten a Response. An mr cheeks wrote my name to see why I have not been seen for sick call and seen why my PA Refuse to see me But let me mention this to show the warden And his staff is not takins this virus serious. on 11-30-20. test Result came back An 2 cell test Positive. An Isolation sign was Place on their cell on 12-2-20. 10 minute before the warden and his Staff walk on the unit the C/o that work that unit and VT staff mr. Jensen And Education staff Took the sign off the cell door's so the warden would not see that staff was Breakin Quarentine Protocol every Day staff is Breaking Quarentine Protocol. The Captain Put out a memo stated that only

Covid-Recovery is allow to come out there cell to work, But the % continue to let inmate out their cell that not Covid Recovery to handle food trays. on 12-10-20 another inmate test Positive, But the crazy thing about that is He just got here in this Institution An was put in population without going to the Quarantine Unit first. And if 4A Housing unit is a Quarantine unit there should not be Anybody out running around doing laundry, Passing things from cell to cell, and that is going to do is keep the virus spreading from cell to cell.

I mention this to AW, Mr. Cheeks and He stated that He have nothing to do with what go on After 4 o'clock Count.

This whole Administration do not care. This is why Covid-19 here At FCJ Greenville is not going to get Any better. Warden William do not care about my safety. I heard a few % say that they wish that every Inmate get Covid-19 so we can open the Institution back up. A person who think like that is very Dangerous to this Institution. I guess this Administration want be satisfy til someone die from Covid-19

④

I have a deadly virus now living in my Body that my Immune system have to fight even harder now, Every Day I am in Pain

I have been complaining about severe stomach Pain for over 3 year. My PA Mrs. shnizer and Dr. Ahmed both can not figure out why I still having these stomach Pain and Both of them refuse to send me out to a specialist, I have talk with both AW about my health issue. They keep telling me that they are going to talk to medical about me. That was over 7 months ago.

I really don't know what else to do An to keep me from talking to them about my medicine refill, they give me 2 or 3 weeks of medicine now. All I want is to be seen An treated. This is a life and threaten situation for me. If you can not help me who will. Thanks Yes

Sheldon Oliver

FCI Greenville



**U.S. Department of Justice**
Federal Bureau of Prisons

_North Central Regional Office_

---

_Office of the Regional Counsel_

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

09-03-2021

SHELDON OLIVER, #27845
FCI GREENVILLE
P.O. BOX 5000
GREENVILLE, IL 62246

      Re: Administrative Claim for Damages
      Claim #: ____ TNCR-2021-07083 ____ $ 50,000.00

Dear Claimant:

      This is to notify you of our receipt of your administrative claim for damages under provisions of the Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq., alleging liability of the United States government.

      Your claim was received on 07-28-2021. The above referenced Act provides that the agency has 6 months to take an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim the government's response is not due until 01-27-2022.

      Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.3(

                                           Sincerely,
                                           Richard M. Winter
                                         Regional Counsel

Illinois State    )
                  )ss
Bond County       )

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

Sheldon J. Oliver

    PETITIONER - APPELLANT,

vs.

ERIC WILLIAMS et al,
    RESPONDENT(s) - APPELLEE

CASE 3:22-CV-00056-SPl

DIST.

---

OMNIBUS NOTICE TO SUPPLEMENT/NOTICE FOR EXTENSION OF TIME

---

CERTIFICATION

Sheldon J. Oliver certifies under his own commercial liability that the following is true, correct, materially complete and not misleading to the best of his knowledge and belief.

NOTICE OF SUPPLEMENTAL SUPERSEDING JURISDICTION

Petitioner invokes Article III, Cl 2 Constitutional Jurisdiction - Granting the court the Judicial Power required to Hear/Adjudicate the "case or controversy" issues in the petitioner's Appellant Brief of the Constitutional violations of Fundamental Character Defects/Fraud upon the court comitted against the petitioner.

The Supreme Court has expressly condemed the exercise of so-called hypothetical jurisdiction that enables a court to resolve contested questions of law when its jurisdiction is in doubt. Hypothetical jurisdiction produces nothing more than a hypothetical judgment-which comes to the same thing as advisory opinion. Gardner v. Mutz, 962 F.3d 1329, 1339 (11th Cir. 2020)

"Jurisdiction is vital only if the court proposes to issue a judgment on the merits." Meyers, 836 F.3d 818 at 823(quoting Sinochem Int'l Co. v. Malaysaia Int'l Shipping Corp., 549 U.S. 422, 127S.Ct. 1184, 167 L.Ed.2d 15 (2007).

"This duty to exercise jurisdiction rests on the undisputed constitutional principle that Congress, and not the judiciary defines the scope of federal jurisdiction within the constitutionally permissible bounds." Adkins v. VIM Recycling, Inc., 644 F.3d 483, 496 (7th Cir. 2011).

page 1 of 4

Federal courts have a "virtually unflagging obligation ... to exercise the jurisdiction given them," Colo. River Water Conservation Dist. v. United States, 424 U.S. 800, 817, 96 S.Ct. 1236, 49 L.Ed.2d 483(1976), and "have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given," Cohens v. Virginia, 19 U.S. (6 Wheat.) 264, 404, 5 L.Ed. 257 (1821); See also Sprint Communs. Inc. v. Jacobs, 134 S.Ct. 584, 590-91, 187 L.Ed.2d 505 (2013)(same) ("The one or the other would be treason to the constitution"); See also New Orleans Pub. Serv., Inc. v. Council of New Orleans, 491 U.S. 350, 359, 109 S.Ct. 2506, 105 L.Ed.2d 298(1989)(quoting Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 264, 404, 5 L.Ed. 257 (1821);
"'[T]he courts of the united States are bound to proceed to judgment and to afford redress to suitors before them in every case to which their jurisdiction extends. They cannot abdicate their authority or duty in any case in favor of another jurisdiction.'" Chicot County v Sherwood, 148 US 529, 534, 37 L Ed 546, 13 S Ct 695(1893)
"When a Federal court is properly appealed to in a case over it has by law jurisdiction, it is its duty to take jurisdiction... The right of a party plaintiff to choose a Federal court where there is a choice cannot be properly denied."
Wilcox v Consolidated Gas Co., 212 US 19, 40, 53 L Ed 382, 29 S Ct 194 (1909).

The judiciary's powers are qualitatively different when a controversy requires a judge to interpret and give effect to the constitution. Courts do not allow "statutory limitations" to block the enforcement of the constitution.
Aquayo v. Christopher, 865 F. Supp. 479(E.D.Ill. 1994)(citing Marbury v. Madison, U.S. (1 Cranch) 137, 2 L.Ed. 60 (1803)).

If, then, the courts are to regard the constitution, and the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they both apply.
Marbury v. Madison, 2 LED 60, 1 CRANCH 137.

i.    n     CONSTITUTION ARTICLE III STANDING REQUIREMENTS

Constitutional jurisdiction, i.e., standing... "as the party invoking the court's jurisdiction, the plaintiff bears the burden of establishing the elements of standing." Id. at 285(citing Spokeo, Inc. v. Robins, ___ U.S. ___, 136 S.Ct. 1540, 1547, 194 L.Ed. 2d 635(2016)). "Those elements are:
(1) the plaintiff suffered a concrete and particularized injury in fact;
(2) the injury is fairly traceable to the challenged conduct; and
(3) the injury is likely to be redressed by a favorable judicial decision." Id. (citing Lyjan v. Defs. of Wildlife, 504 U.S. 555, 559-60, 112 S.Ct. 2130, 119 L. Ed. 2d 351 (1992)).

Under Article III of the constitution, the judicial power is limited to the resolution of "cases" and "controversies." U.S. Const. art. III, § 2. Whether a court is presented with a case or controversy is a question of substance, not form. To obtain constitutional jurisdiction there must be "an adverasry proceeding, involving a real, not a hypothetical, controversy."
Nashville, Chattanooga & St. Louis Ry. v. Wallace, 288 U.S. 249, 264, S.Ct. 345, 77 L.Ed. 730 (1933).

page 2 of 4

STANDING GROUNDS TO INVOKE CONSTITUTIONAL JURISDICTION

1. Petitioner is personally suffering injury from loss of his Liberty and Property since 2019 thru the current time from violation of his 4th Amendment Rights against unreasonable search and seizure without probable cause: "false imprisonment and illegal detention"; and

2. because "Service was fraudulent or in error"; and

3. violation of his 5th Amendment Rights being deprived of his Life, Liberty and Property without Due Process of Law because of Fraud upon the court; and

4. because of Fundamental Character Defects during trial that resulted in Fraud upon the court; and

5. Said personal injury is fairly traceable to the Fraud upon the court; and

6. Said personal injury is likely to be redressed by a favorable judicial decision.

To satisfy standing requirement of Federal Constitutional Article III, § 2, plaintiff must allege personal injury. Raines v. Byrd, (1997, US) 138 L Ed 2d 849, 117 S Ct 2312.

For standing purposes, loss of even a small amount of money ordinarily was injury. Czyzewski v Jevic Holding Corp. (2017, US) 197 L Ed 2d 398, 137 S Ct 973.

## NOTICE FOR EXTENSION OF TIME

Petitioner's Reply Brief to Respondent's Brief will follow the Supplemental Briefing schedule.

## DISCLAIMER

## NOTICE TO RESPOND /SHOW CAUSE

Notice is given to any and all who may have evidence of rebuttal, to rebut this Affidavit of evidence by your own sworn Affidavit or Declaration, sworn under penalty of perjury to be true, correct, materially complete and not misleading, within thirty (30) days of the court's receipt of this OMNIBUS NOTICE or to be collaterally estopped from later rebuttal.

It is prima facie evidence that everyone stipulates to this Affidavit and 'accepts' it in its entirety if they do not rebut it.

Maxim of Law: An unrebutted Affidavit stands as Truth in commerce.

Failure to rebut in a timely manner, if you believe you have any evidence to the contrary, shall be construed to be Deliberately Evasionary of Due Process of Law, FRAUD on your part.

"Silence can only be equated with FRAUD where there is a legal and moral "Duty" to speak where an inquiry left unanswered would be misleading." United States v. Tweel, 550 F. 2d 297-300 (1977).

Date: _____ 2022          Respectfully
Affirmed

                    (seal)B⁻:

                    Authorized Representative/Agent
                    All Rights Reserved/Without Recourse

CERTIFICATE OF SERVICE

I hereby certify that on _____, I mailed by 1st class pre-paid postage the aforesaid document to :

STEVEN D. WEINHOEFT, United States Attorney, Southern District of Illinois  and DAVID D. DEAN, Assistant United States Attorney at

Nine Executive Drive

Fairview Heights, Illinois  62208-1344

page 4 of 4

JURISDICTION

The Supreme Court has expressly condemned the exercise of so-called hypothetical jurisdiction that enables a court to resolve contested questions of law when its jurisdiction is in doubt. Hypothetical jurisdiction produces nothing more than a hypothetical judgment-which comes to the same thing as advisory opinion. Gardner v. Mutz, 962 F.3d 1329, 1339(11th Cir. 2020)


"Jurisdiction is vital only if the court proposes to issue a judgment on the merits." Meyers, 836 F.3d 818 at 823(quoting Sinochem Int'l Co. v. Malaysaia Int'l Shipping Corp., 549 U.S. 422, 127 S.Ct. 1184, 167 L.Ed.2d 15(2007).

"This duty to exercise jurisdiction rests on the undisputed constitutional principle that congress, and not the judiciary defines the scope of federal jurisdiction within the constitutionally permissible bounds." Adkins v. VIM Recycling, Inc., 644 F.3d 483, 496 (7th Cir. 2011).

Federal courts have a "virtually unflagging obligation ... to exercise the jurisdiction given them," Colo. River Water Conseveration Dist. v. United States, 424 U.S. 800, 817, 96 S.Ct. 1236, 49 L.Ed.2d 483(1976), and "have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given," Cohens v. Virginia, 19 U.S. (6 Wheat.) 264, 404, 5 L.Ed. 257(1821); See also Sprint Communs. Inc. v. Jacobs, 134 S.Ct. 584, 590-91, 187 L.Ed.2d 505(2013)(same)("The one or the other would be treason to the constitution"); See also New Orleans Pub. Serv., Inc. v. Council of New Orleans, 491 U.S. 350, 359, 109 S.Ct. 2506, 105 L.Ed. 2d 298(1989)(quoting Cohens v. Virginia, 19 U.S. 264, 6 Wheat. 264, 404, 5 L.Ed. 257(1821);
"'[T]he courts of the United States are bound to proceed to judgment and to afford redress to suitors before them in every case to which their jurisdiction extends. They cannot abdicate their authority or duty in any case in favor of another jurisdiction.'" Chicot County v Sherwood, 148 US 529, 534, 37 L Ed 546, 13 S Ct 695(1893)
"When a Federal court is properly appealed to in a case over it has by law jurisdiction, it is its duty to take such jurisdiction... The right of a party plaintiff to choose a Federal court where there is a choice cannot be properly denied." Wilcox v Consolidated Gas Co.,212 US 19, 40, 53 L Ed 382, 29 S Ct 194(1909).

The judiciary's powers are qualitatively different when a controversy requires a judge to interpret and give effect to the Constitution. Courts do not allow "statutory limitations" to block the enforcement of the constitution.

Aquayo v. Christopher, 865 F. Supp. 479(E.D. Ill. 1994)(citing Marbury v. Madison, U.S. (1 Cranch) 137, 2 L.Ed. 60 (1803)).

If, then, the courts are to regard the constitution, and the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they both apply. Marbury v. Madison, 2 LED 60, 1 CRANCH 137

STATUTORY HYPOTHETICAL JURISDICTION

Black's Law 10th Ed.: Hypothetical = ASSUMED - as contrast to ACTUAL.

Webster's Third Int'l: ASSUMED = MAKE-BELIEVE, PRETENDED, FEIGNED, FICTIOUS & FALSE.

Butcher v. Wendt, 975 F.3d 236 (2nd Cir. 2020)
The bar on hypothetical jurisdiction applies only to questions of U.S. Const. art. III jurisdiction. So where the potential lack of jurisdiction is a constitutional question, the court decides the question. By contrast, the court may assume hypothetical jurisdiction where the jurisdictional issue is statutory in nature. If the jurisdictional constraints are imposed by statute, not the constitution, it is particularly prudent to assume hypothetical jurisdiction where the jurisdictional issues are

complex and the substance of the claim is plainly without merit.

We have consistently kept faith with Steel Co.'s focus on Artical III jurisdiction. "The bar on hypothetical jurisdiction, "We have held," applies only to questions of Artical III jurisdiction." Moore v. Consol. Edison Co. of N.Y., Inc., 409 F.3d 506, 511 n. 5(2d Cir. 2005). So where the potential lack of jurisdiction is a constitutional question, we decide the question. Monegasque De Reassurance S.A.M. v. Nak Naftogaz of Ukraine, 311 F.3d 488, 497(2d Cir. 2002)(quotation marks omitted). By contrast, we may assume hypothetical jurisdiction where the jurisdictional issue is statutory

in nature. See Doyle v. U.S. Dep't of Homeland Sec., 959 F.3d 72, 79(2d Cir. 2020); Vera v. Banco Bilbao Vizcay a Argentaria, S.A., 946 F.3d 120, 137 n.22(2d Cir. 2019); Ahmed v. Holder, 624 F.3d 1510, 154-55(2d Cir. 2010); Abimbola v. Ashcroft, 378 F.3d 173, 180(2d Cir. 2004); United States v. Miller, 263 F.3d 1, 4 n.2 (2d Cir. 2001).

If, as here, "the jurisdictional constraints are imposed by statutes, not the constitution," we have found it particularly prudent to assume hypothetical jurisdictional issues are complex and the substance of the claim is...plainly without merit." Ivanishvili v. U.S. Dep't of Justice, 433 F.3d 332, 338 n.2 (2d Cir. 2006).

Our established practice of assuming hypothetical statutory jurisdiction is not unique. The majority of our sister circuits have assumed jurisdiction under similar circumstances in the wake of Steel Co. See e.g., Am. Hosp. Ass'n v. Azar, 964 F.3d 1230, 1246(D.C. Cir. 2020); United States v. Olson, 867 F.3d 224, 228(1st Cir. 2017); Montaque v. NLRB, 698 F.3d 307, 313(6th Cir. 2012); Minesen Co. v. McHugh, 671 F.3d 1332 (Fed. Cir. 2012); Joron v. Att'y General of the U.S., 424 F.3d 320, 327 n.8 (3d Cir. 2005); Lukowski v. INS, 279 F.3d 644, 647 n. 1 (8th Cir. 2002)

A federal court may assume jurisdiction where the jurisdictional constraints are imposed by statute, not the constitution, and where the jurisdictional issues are complex and the substance of the claim is plainly without merit.

The Supreme court has expressly condemned the exercise of so-called hypothetical jurisdiction that enables a court to resolve contested questions of law when its jurisdiction is in doubt.
Hypothetical jurisdiction produces nothing more than a hypothetical judgment-which comes to the same thing as advisory opinion.
Gardner v. Mutz, 962 F.3d 1329, 1339(11th Cir. 2020)

"jurisdiction is vital only if the court proposes to issue a judgment on the merits."
Meyers, 836 F.3d 818 at 823(quoting Sinochem Int'l Co. v. Malaysaia Int'l Shipping Corp., 549 U.S. 422, 127 S.Ct. 1184, 167 L.Ed.2d 15 (2007).



MAIL CLEARED
US MARSHALS

LEXINGTON PUBLIC 4054
THU 01 JUN 2023 PM

<>27862-045<>
U S District Court
750 Missouri AVE
Clerk of the Court
E Saint Louis, IL 62201
United States

<>27862-045<>
Sheldon Oliver
C.W P O.Box 14500
Federalmedicalcenter LEX.
Lexington KY 4051
United States



RECEIVED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

JUN - 5 2023