# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Sheldon Oliver
# 27862-045

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

Greenville F.C.I.
Warden; E. Williams
Assoc. Warden; Cheeks
CPT. Gore

*Defendant(s)/Respondent(s)*

Case Number: 22-cv-00056-SPM

(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.    Sheldon Oliver, # 27862-045
FMC. Lexington
P.O. Box 14500
Lexington, KY. 40512

**Defendant #1:**

B.    Defendant _Warden; E. Williams_ is employed as
(a)    (Name of First Defendant)

_Warden_
(b)    (Position/Title)

with _Greenville Federal Correctional Center_
(c)    (Employer's Name and Address)

_PO Box 5000 Greenville, IL. 62246_

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain:
Warden at F.C.I. Greenville, IL. Responsible for operation & staff

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _Assoc. Warden: Cheeks_ is employed as

(Name of Second Defendant)

_Assoc. Warden_

(Position/Title)

with _Greenville F.C.I._

(Employer's Name and Address)

_Po Box 5000 Greenville, IL, 62246_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes    ☐ No

If you answer is YES, briefly explain: _2nd in command of opperations - Assoc. warden + staff_

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

_Assoc. Warden Santiago_
_Lt. Phillips_
_Goodfield - CO_
_Elders - CO_
_Nurses - Brown, Kelly, Maxey, Williams_

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☒No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):    N/A

Defendant(s):    N/A

2.    Court (if federal court, name of the district; if state court, name of the county):    N/A

3.    Docket number:

4.    Name of Judge to whom case was assigned:    N/A

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):    N/A

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):    N/A

Rev. 10/3/19

7.   Approximate date of filing lawsuit: *N/A*

8.   Approximate date of disposition: *N/A*

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" *N/A*

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☒ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?
*B.P-8 B.P-9 B.P-10 B.P-11 & Torque Claim*

2.   What was the result?
*Denied*

D.   If your answer is NO, explain why not. *N/A*

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☒ Yes   ☐ No

F.   If your answer is YES,
1.   What steps did you take?
*Talk to staff and institutional remedies*

Rev. 10/3/19

2.    What was the result? *DENIED*

G.    If your answer is NO, explain why not. *N/A*

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

*Already sent two copies of All Remedies And torque claim And my complaints*

Rev. 10/3/19

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I was locked in an 8'X10' cell with door and no access to Anyone except the staff and caught Covid 19 by staff not following Protocol and safety and sanitization of cells, computers, phones, Not supplying and chemicals to protect myself or others, I should be safe in an environment of locked cell and access to nothing.

I have sent the court copies of all complaints and remedies denied, in a result of myself catching COVID-19 and the after effects of having and/or catching COVID-19.

Coughing up black (blood clots) stuff and Blowing nose with samething, small, taste still gone. whole life being changed and different now.

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*Money $500,000.00 compusation for pain, suffering, Not following safety protocols*

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: *07-08-2023*
(date)

Signature of Plaintiff

*PO Box 14500*
Street Address

*Sheldon Oliver #27862-045*
Printed Name

*Lexington, KY  40512*
City, State, Zip

*27862-045*
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

⇔27862-045⇔
Sheldon Oliver
C.W. P.O.Box 14500
Federalmedicalcenter LEX.
Lexington, KY 40511
United States

⇔27862-045⇔
U S District Court
750 Missouri AVE
Clerk of the Court
E Saint Louis, IL 62201
United States

MAIL CLEARED
US MARSHALS

6220182954 C002

RECEIVED

JUL 17 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE